IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christopher Howard,<br><br>Plaintiff(s),<br><br>v.<br><br>Four Partners Petroleum, Inc., Hamlin Citgo, Inc., Suhail Assaf, Salim Moshin, Hussain Abdullah, Moktar (Mark) Naser, South Chicago Gas, Inc., and Mohamed Mohsin ,<br><br>Defendant(s). | Case No. 18-cv-00572<br>Judge Mary M. Rowland |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Christopher Howard
and against defendant(s) Four Partners Petroleum, Inc., Hamlin Citgo, Inc., Suhail Assaf, Salim Moshin, Hussain Abdullah, Moktar (Mark) Naser, South Chicago Gas, Inc., and Mohamed Mohsin, jointly and severally in the amount of $12,111.00 in damages, and $28,167.00 in attorney's legal fees, for a total of $40,287.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for default judgment.

Date:  8/29/2019     Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk